MANDATE

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
#### THURGOOD MARSHALL U.S. COURT HOUSE
##### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O`Hagan Wolfe**
CLERK OF COURT

**Date:** 10/16/07

Docket Number: 07-3597-pr

Short Title: Osorio v. Conway

DC Docket Number: 05-cv-473

DC:   SDNY (NEW YORK CITY)

DC Judge: Honorable Denny Chin

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of October, two thousand seven.

Carlos Osorio,

    Petitioner-Appellant,

v.

James Conway,

    Respondent-Appellee.



Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner`s Carlos Osorio request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner Carlos Osorio comply with this Court`s Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right.

Petitioner having failed to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner`s request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By: _Yolanda Siders_

Yolanda Siders, Deputy Clerk

A TRUE COPY
Catherine O`Hagan Wolfe, Clerk

by _Yolanda Siders_
DEPUTY CLERK

Certified:   OCT 16 2007

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
#### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

**Date:** 10/16/07

Docket Number: 07-3597-pr

Short Title: Osorio v. Conway

DC Docket Number: 05-cv-473

DC:   SDNY (NEW YORK CITY)

DC Judge: Honorable Denny Chin

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of October, two thousand seven.

Carlos Osorio,

   Petitioner-Appellant,

v.

James Conway,

   Respondent-Appellee.



Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner's Carlos Osorio request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner Carlos Osorio comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right.

Petitioner having failed to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner's request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____

Yolanda Siders, Deputy Clerk

THE CERTIFIED (✓) ORDER   ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY _____
        DATE_____
    "RETURN TO PRO SE TEAM"